| | |
|---|---|
| 1 | LAW OFFICES OF STEPHEN M. MURPHY |
| | STEPHEN M. MURPHY (No. 103768) |
| 2 | P. BOBBY SHUKLA (No. 229736) |
| 3 | 353 Sacramento Street, Suite 1140 |
| | San Francisco, CA 94111 |
| 4 | Tel:    (415) 986-1338 |
| | Fax:    (415) 986-1231 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | ELIA CASTANEDA |
| 7 | |
| 8 | LITTLER MENDELSON |
| | A Professional Corporation |
| 9 | NEDA N. DAL CIELO (Bar No. 161982) |
| | BENJAMIN A. EMMERT (Bar No. 212157) |
| 10 | 50 West San Fernando Street, 15th Floor |
| | San Jose, CA  95113.2303 |
| 11 | Tel:    (408) 998-4150 |
| | Fax:    (408) 288-5686 |
| 12 | |
| 13 | Attorneys for Defendant |
| | DHL EXPRESS (USA), INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA CASTANEDA, | Case No. C 12-05182 (JSC) |
| Plaintiff, | |
| v. | AMENDED |
| | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES** |
| DHL EXPRESS (USA), INC. dba DHL EXPRESS, INC. and DOES ONE through twenty, inclusive, | |
| Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES

Plaintiff ELIA CASTANEDA ("Plaintiff") and Defendant DHL EXPRESS (USA), INC. ("Defendant") by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, the Court issued a Pretrial Order on January 31, 2013, ordering the parties to, among other things, complete discovery by September 27, 2013 and disclose their final round of experts by November 8, 2013;

WHEREAS, the parties participated in a mediation on May 21, 2013 before Jamie Dupree, Esq. and delayed taking depositions pending the results of the mediation;

WHEREAS, the parties were unsuccessful in resolving the case at mediation;

WHEREAS, the parties have agreed to participate in a settlement conference before Magistrate Judge Nandor J. Vadas tentatively scheduled for August 28, 2013 at 2:00 p.m.;

WHEREAS, the parties would like to continue to delay taking depositions until after the settlement conference to increase chances of settlement by keeping costs down;

WHEREAS, the parties agree that continuing the current pre-trial deadlines will not prejudice any party in this case;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to extend the following pre-trial deadlines set by the Court on January 31, 2013, as follows:

1. Close of Fact Discovery from September 27, 2013 to December 20, 2013
2. Last Day to Disclose Experts from November 8, 2013 to January 31, 2013
3. Hearing Dispositive Motions from December 12, 2013 at 9:00 a.m. to February 14, 2014 at 9:00 a.m.
4. Close of Expert Discovery from January 24, 2014 to February 27, 2014
5. Pre-trial Conference from March 6, 2014 at 8:30 a.m. to March 13, 2014 at 8:30 a.m.

//
//
//
//
//

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES

1  The parties do not propose any changes to the dates set for Jury Trial (March 24, 2014 at
2  8:30 a.m.).

3  Dated: August 15, 2013                         LAW OFFICES OF STEPHEN M. MURPHY

4                                                 By:      /s/ P. Bobby Shukla
                                                        STEPHEN M. MURPHY
5                                                       P. BOBBY SHUKLA
                                                        Attorneys for Plaintiff
6                                                       ELIA CASTANEDA

7
8  Dated: August 15, 2013                         LITTLER MENDELSON

9                                                 By:      /s/ Neda N. Dal Cielo
                                                        NEDA N. DAL CIELO
10                                                      Attorneys for Defendant
                                                        DHL EXPRESS (USA), INC.
11
12
13 **IT IS SO ORDERED.** Last day to hear dispositive motion: 2/13/2014. Pretrial conference is reset
14  to 3/13/2013 at 2:00 p.m.

15 Dated: August  15 , 2013                       By: _____
                                                        JACQUELINE SCOOT CORLEY
16                                                      UNITED STATES DISTICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES