United States District Court

For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7                                  EUREKA DIVISION
8
9    ELIA CASTANEDA,                          No. 3:12-CV-5182 JCS (NJV)
10              Plaintiff,                     ORDER REQUIRING SETTLEMENT
                                               CONFERENCE STATEMENTS
11        v.
12   DHL EXPRESS (USA), INC. dba DHL
     EXPRESS, INC., et al.,
13
14              Defendants.
     _____/
15
16
17          This case is set for a settlement conference on September 19, 2013, in San Francisco.  (Doc.

18   27.)  The parties shall email their settlement conference statements to the court at

19   NJVpo@cand.uscourts.gov no later than 4:00 p.m. on September 13, 2013.

20   IT IS SO ORDERED.

21
22   Dated: September 6, 2013                   _____
23                                              NANDOR J. VADAS
                                                United States Magistrate Judge
24
25
26
27
28