UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ELIA CASTANEDA,<br><br>    Plaintiff,<br><br>v.<br><br>DHL EXPRESS (USA), INC. dba DHL EXPRESS, INC., et al.,<br><br>    Defendants.<br>_____ / | No. 3:12-CV-5182 JCS (NJV)<br><br>ORDER REQUIRING SETTLEMENT CONFERENCE STATEMENTS |

This case is set for a settlement conference on September 19, 2013, in San Francisco. (Doc. 27.) The parties shall email their settlement conference statements to the court at NJVpo@cand.uscourts.gov no later than 4:00 p.m. on September 13, 2013.

IT IS SO ORDERED.

Dated: September 6, 2013

                                        NANDOR J. VADAS
                                        United States Magistrate Judge